**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ronald A. Debelak,

Plaintiff,

Civ. No. 00-232 (DWF/RLE)

**ORDER**

vs.

EVTAC Mining Co.,

Defendant.

---

**ORDER**

The court finds from the stipulation of parties that (i) the above-named plaintiff died on or about August 7, 2000; (ii) Polly Sorcan has been duly appointed Trustee for the Next of Kin of Ronald A. Debelak; and (iii) the parties agree to the substitution of Polly Sorcan, in her capacity as the Trustee for the Next of Kin of Ronald A. Debelak, as plaintiff.

IT IS ORDERED that Polly Sorcan, Trustee for the Next of Kin of Ronald A. Debelak, be substituted as plaintiff herein, and that the title of the action be amended accordingly.

This order and its entry shall be without prejudice to the procedural, substantive, and evidentiary claims and defenses raised by defendant.

BY THE COURT:

11/14/00

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

NOV 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK