UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 00232-DWF/RLE

Polly Sorcan, Trustee for the Next of Kin Ronald A. Debelak,

Plaintiff,

vs.

EVTAC Mining Company,

Defendant.

and ORDER
**JOINT STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

COME NOW the Parties, in the above-captioned matter, by their respective undersigned counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, and move the Court, to dismiss, with prejudice, the causes of action in the Complaint for "Civil Rights Act of 1964 (Title VII)" and "Older Worker Benefit Protection Act (OWBPA)", with each Party bearing its own costs and attorneys' fees.

WHEREFORE the Parties respectfully request that this Court dismiss the above-described causes of action in the above-captioned matter, with prejudice, without costs or attorneys' fees to any Party.

Dated: 4-17-01

Mitchell J. Brunfelt
COLOSIMO, PATCHIN, ARONSON & KEARNEY, LTD.
301 Chesnut Street
Virginia, Minnesota 55792
(218) 741-4500

ATTORNEYS FOR PLAINTIFF
POLLY SORCAN, TRUSTEE FOR THE NEXT OF KIN, RONALD A. DEBELAK,

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 29, 2001

Gregory L. Peters (ID #0289401)
BURK & SEATON, P.A.
7301 Ohms Lane, Suite 320
Edina, Minnesota 55439
(952) 921-4607

ATTORNEYS FOR DEFENDANT
EVTAC MINING COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 00232-DWF/RLE

Polly Sorcan, Trustee for the Next of Kin Ronald A. Debelak,

Plaintiff,

vs.

EVTAC Mining Company,

Defendant.

**ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE**

UPON CONSIDERATION of the Joint Stipulation For Dismissal With Prejudice;

IT IS HEREBY ORDERED that the causes of action in the Complaint in the above-captioned matter alleging violations of "Civil Rights Act of 1964 (Title VII)" and "Older Worker Benefit Protection Act (OWBPA)" be dismissed, with prejudice, without costs or attorneys' fees to any Party.

Dated: 4/23/2001

Donovan W. Frank
United States District Court Judge